# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED
NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

RANDALL EVANS, JR.

   **MHP**

DEFENDANT.

---

## INDICTMENT

Title 18, United States Code section 751(a) - Escape
from Custody (Class D Felony)

A true bill.

_____ Foreman

Filed in open court this _____ day of
11/27/2007
_____
Clerk

Bail $ No bail warrant

AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
18 U.S.C., Section 751(a) - Escape from Custody (Class D Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**
▶ RANDALL EVANS, JR.

FILED
NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DISTRICT COURT NUMBER**
CR 07 0749 MHP

**PENALTY:**
Maximum Prison Term of Five Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
U.S. Marshals

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense
   SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
   MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM   SCOTT N. SCHOOLS
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) Tarek J. Helou

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges    ☑ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No    If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year 11/12/2007

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

**ORIGINAL**

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney



FILED
NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MHP

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07 0749 |
| Plaintiff, | VIOLATION: 18 U.S.C. § 751(a) – Escape from Custody |
| v. | |
| RANDALL EVANS, JR., | SAN FRANCISCO VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about September 22, 2007, in the Northern District of California, the defendant,

RANDALL EVANS, JR.,

did knowingly escape from the custody of the Attorney General at the Cornell Corrections Institute, 111 Taylor Street, San Francisco, California, where he was confined by virtue of a

/ /
/ /
/ /
/ /
/ /

INDICTMENT

1  conviction of a felony offense against the United States; in violation of Title 18, United States
2  Code, Section 751(a).
3
4  DATED:                                              A TRUE BILL.
5
6  11/27/07                                            _____
7  SCOTT N. SCHOOLS                                    FOREPERSON
   United States Attorney
8
9
10 KYLE F. WALDINGER
   Deputy Chief, Major Crimes Section
11
12 (Approved as to form: _____
13                         AUSA HELOU

INDICTMENT