AO 442 (Rev. 5/93) Warrant for Arrest

80113 9 10711-0924
1331-A

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

V.

Randall Evans Jr.

**WARRANT FOR ARREST**

Case Number: CR07-749 MHP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Randall Evans Jr.__

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment  () Information  () Complaint
() Order of Court  () Violation Notice  () Probation Violation Petition

charging him or her with 18:751(a) Escape from custody

in violation of Title __See above__  United States Code, Section(s) __

_____  ____Deputy Clerk____
                             Title of Issuing Officer

_[signature]_

_____  ____Nov. 28, 2007____
Signature of Issuing Officer    Date and Location

Bail fixed at $ _No bail_  by  __Bernard Zimmerman U.S. Magistrate Judge__
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _San Francisco, CA_ USMS |
| Date received 11/28/07 | Name and Title of Arresting Officer | Signature of Arresting Officer DEPUTY |
| Date of Arrest 11/20/07 | Federico Rocha USMARSHAL | |

CHRISTIAN L. HANSON
DEPUTY U.S. MARSHAL