1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
                                          **CHAMBERS COPY**
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
                                          **FILED**
5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney          DEC 14 2007
6
       450 Golden Gate Avenue, Box 36055   RICHARD W. WIEKING
7      San Francisco, California  94102    CLERK U.S. DISTRICT COURT,
       Telephone:   (415) 436-7071         NORTHERN DISTRICT OF CALIFORNIA
8      Facsimile:   (415) 436-7234
       Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,    )  CR No. 07-749-VRW
                                )
17     Plaintiff,                )  STIPULATION AND [PROPOSED] ORDER
                                )  EXCLUDING TIME UNDER 18 U.S.C. § 3161
18     v.                        )
                                )
19 RANDALL EVANS, JR.,           )
                                )
20     Defendant.                )
                                )
21 _____

22     On December 5, 2007, the parties in this case appeared before the Court and stipulated that

23 time from December 5, 2007 through December 20, 2007 should be excluded from Speedy Trial

24 Act calculations because defense counsel needs adequate time to review discovery, which

25 government counsel will produce.  The parties represented to the Court that the length of the

26 requested continuance was the reasonable amount of time necessary for effective preparation of

27 defense counsel, taking into account the exercise of due diligence.  18 U.S.C. §

28 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by this continuance

Stipulation and [Proposed] Order Excluding Time
CR 07-749-VRW                                                                            1

1  outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §
2  3161(h)(8)(A).

4  SO STIPULATED:

                                         SCOTT N. SCHOOLS
                                         United States Attorney

8  DATED: December 13, 2007              /s/
                                         TAREK J. HELOU
9                                        Assistant United States Attorney

11 DATED: December 13, 2007              /s/
                                         SUSAN RAFFANTI
12                                       Attorney for Defendant RANDALL EVANS, JR.

14      As the Court found on December 5, 2007, and for the reasons stated above, the Court finds
15 that the ends of justice served by the requested continuance outweigh the best interests of the
16 public and the defendant in a speedy trial. The Court also finds that time from December 5,
17 2007 through December 20, 2007 shall be excluded from Speedy Trial Act calculations for
18 effective preparation of defense counsel. 18 U.S.C. § 3161(h)(8)(A). Failing to grant the
19 requested continuance would deny counsel reasonable time necessary for effective preparation,
20 taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18
21 U.S.C. § 3161(h)(8)(B)(iv).

23 SO ORDERED.

25 DATED: 12/14/07

                                         THE HONORABLE MARIA-ELENA JAMES
26                                       United States Magistrate Judge