UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:   December 20,   2007

Case No.   CR 07-0749   VRW

Case Title:   USA v.   RANDALL EVANS JR., (CUSTODY) PRESENT

Attorneys:
    For the Government:   Tarek Helou

    For the Defendant(s):   Susan Raffanti

Deputy Clerk:   Cora Klein          Reporter:   Kathy Wyatt
                                                                      Interpreter:

**PROCEEDINGS**

1)   Initial appearance/Status held

2) Govt has produced all discovery to defense counsel. The defendant agree to exclude time under the speedy trial act for effective preparation of counsel.

Case Continued to:   1/24/2008  at 1:30 PM     For Status/Trial Setting/Change of Plea

**ORDERED AT THE HEARING**

EXCLUDABLE DELAY :   Effective preparation of counsel
Begin:12/20/07            End:1/24/08