SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:     (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RANDALL EVANS, JR.,<br><br>    Defendant. | CR No. 07-749-VRW<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

    On December 20, 2007, the parties in this case appeared before the Court and stipulated that time from December 20, 2007 through January 24, 2008 should be excluded from Speedy Trial Act calculations because defense counsel needs adequate time to review discovery, which government counsel produced recently.  The parties represented to the Court that the length of the requested continuance was the reasonable amount of time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by this continuance

outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                      SCOTT N. SCHOOLS
                      United States Attorney

DATED: December 27, 2007                /s/
                      TAREK J. HELOU
                      Assistant United States Attorney

DATED: December 27, 2007                /s/
                      SUSAN RAFFANTI
                      Attorney for Defendant RANDALL EVANS, JR.

    As the Court found on December 20, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  The Court also finds that time from December 20, 2007 through January 24, 2008 shall be excluded from Speedy Trial Act calculations for effective preparation of defense counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____
                      THE HONORABLE VAUGHN R. WALKER
                      Chief United States District Judge