1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone:     (415) 436-7071
8      Facsimile:     (415) 436-7234
       Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,          )  CR No. 07-749-VRW
                                      )
17         Plaintiff,                 )  STIPULATION AND [PROPOSED] ORDER
                                      )  EXCLUDING TIME UNDER 18 U.S.C. § 3161
18     v.                             )
                                      )
19 RANDALL EVANS, JR.,                )
                                      )
20         Defendant.                 )
                                      )
21

22     On December 20, 2007, the parties in this case appeared before the Court and stipulated that

23 time from December 20, 2007 through January 24, 2008 should be excluded from Speedy Trial

24 Act calculations because defense counsel needs adequate time to review discovery, which

25 government counsel produced recently.  The parties represented to the Court that the length of

26 the requested continuance was the reasonable amount of time necessary for effective preparation

27 of defense counsel, taking into account the exercise of due diligence.  18 U.S.C. §

28 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by this continuance

1  outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
2  3161(h)(8)(A).

4  SO STIPULATED:

                                        SCOTT N. SCHOOLS
                                        United States Attorney

8  DATED: December 27, 2007                    /s/
                                        TAREK J. HELOU
9                                       Assistant United States Attorney

11 DATED: December 27, 2007                    /s/
                                        SUSAN RAFFANTI
12                                      Attorney for Defendant RANDALL EVANS, JR.

14     As the Court found on December 20, 2007, and for the reasons stated above, the Court finds
15 that the ends of justice served by the requested continuance outweigh the best interests of the
16 public and the defendant in a speedy trial.  The Court also finds that time from December 20,
17 2007 through January 24, 2008 shall be excluded from Speedy Trial Act calculations for
18 effective preparation of defense counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to grant the
19 requested continuance would deny counsel reasonable time necessary for effective preparation,
20 taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18
21 U.S.C. § 3161(h)(8)(B)(iv).

23 SO ORDERED.

25 DATED: 1/7/2008
                                        THE HONORABLE VAUGHN R. WALKER
26                                      Chief United States District Judge

Stipulation and [Proposed] Order Excluding Time
CR 07-749-VRW                                                                              2