UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:  January 24, 2008

Case No.  CR 07-0749  VRW

Case Title:  USA v.   RANDALL EVANS, Jr. (CUSTODY) PRESENT

Attorneys:
    For the Government:   Tarek Helou

    For the Defendant(s):   Susan Raffanti

Deputy Clerk:  Cora Klein        Reporter: Lydia Zinn
                        Interpreter:

**PROCEEDINGS**

1)  Status held

2)  Change of Plea not held

3)  The defendant agree to waive time for effective preparation of counsel, govt to prepare order

Case Continued to:   2/7/2008  at 2:00 PM      For Change of Plea

time:

EXCLUDABLE DELAY : effective preparation of counsel
Begin:1/24/08                    End:2/7/08