UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:  February 7,  2008

Case No.  CR 07-0749  VRW

Case Title:  USA v.  RANDALL EVANS, JR., (CUSTODY) PRESENT

Attorneys:
    For the Government:  Tarek Helou

    For the Defendant(s):  Susan Raffanti

Deputy Clerk:  Cora Klein        Reporter:  Connie Kuhl
                                             Interpreter:

**PROCEEDINGS**

1)  Change of plea held. The defendant entered a guilty plea to the single count of the indictment charging him with escape from custody, in violation of 18 U.S.C. 751(a). The defendant has been advised of the charges and advised of this right to a trial, waive those rights. The matter has been referred to the probation office for psr.

Case Continued to:  4/24/2008  at 2:00 PM    For judgment and sentencing

time:

EXCLUDABLE DELAY : _____
Begin:              End: