1  SUSAN RAFFANTI, ESQ.
   State Bar No. 120993
2  483 Ninth Street, Suite 200
   Oakland, CA 94607
3  (510) 451-2825

4  Attorney for Defendant
   RANDALL EVANS

5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,    )    No. CR 07-00749 VRW
9                               )
            Plaintiff,           )
10                              )    SENTENCING MEMORANDUM
   v.                           )
11                              )
   RANDALL EVANS                )
12                              )    Date: April 24 2008
            Defendant.           )    Time: 2:00 p.m.
13

14      Defendant RANDALL EVANS comes before this court for sentencing upon his plea of guilty to
15 one count of escape from custody in violation of Title 18 U.S.C. §751(a). Defendant here requests the
16 court to impose the sentence agreed upon by the parties and recommended by the probation officer, 15
17 months in custody.

18                              ARGUMENT

19      Defendant has no disagreement with the guidelines calculations set forth by the probation officer.
20 A sentence at the low end of those guidelines is justified by the understandable frustration that Mr. Evans
21 was experiencing with respect to his work and living situations at the time he walked away from the half-
22 way house. His letter to the court, and the letter from his mother, Dina Smith – filed as exhibits to this
23 memorandum – explain the situation in detail.

24      Mr. Evans and his mother had been told that he would not be able to live with his mother at her
25 new home in Antioch because a felon cannot live in Section 8 housing. Ms. Smith offered to give up her
26 Section 8 certificate, even though she had been on a waiting list for it for many years, and to stay in San
27 Francisco so that her son could live with her. However, the officer in charge of approving Mr. Randall's
   release plan told her that the neighborhood she was living in was too dangerous for him to parole there.
28

U.S. v. Damien Dendy; CR 07-00365 DLJ
SENTENCING MEMO

1

Additionally, Mr. Evans had begun the process of job training and assistance with Omega Boys Club with the approval of the halfway house but was then told he could not continue with that process. As described in the Declaration of Counsel below, his connection with Omega Boys Club has been the other positive influence throughout most of Randall's life. These two circumstances combined to create a feeling of hopelessness and Mr. Evans chose the wrong way to deal with the problem. He fully accepts responsibility for that choice but wants the court to at least understand how frustrating the situation was for him

For these reasons, defendant requests that the court sentence him to 15 months custody, as stipulated in the plea agreement..

Date: April 17, 2008                                             Respectfully submitted,

                                                                 /s/
                                                                 _____
                                                                 Susan Raffanti
                                                                 Attorney for Randall Evans

DECLARATION OF COUNSEL

I, Susan Raffanti, hereby declare and state:

1. I am the court appointed attorney for RANDALL EVANS, defendant herein;

2. On January 3, 2008 I spoke by telephone with Jack Jacqua, who is the co-founder of Omega Boys Club. Mr Jacqua told me that he has known Randall Evans for 15 to 20 years. He informed me that while Randall was at the halfway house, they ran into each other and Mr. Jacqua got Randall started on a job assistance program. Mr. Jacqua stated that Randall seemed to have a good attitude and wanted to find employment. Mr. Jacqua said he saw him a few times as he was beginning the process, but then he just disappeared.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on April 17, 2008 in Oakland, California.

                                                                 /s/
                                                                 _____
                                                                 Susan Raffanti

U.S. v. Damien Dendy; CR 07-00365 DLJ
SENTENCING MEMO

2