Dina Smith
3308 Terrace View Ave.
Antioch, Ca. 94531
April 16, 2008

Honorable Judge Walker
U.S. District Court
450 Golden Gate Ave
San Francisco, Ca

Dear Judge Walker:

    My name is Dina Smith, Randall Evans' mother. This letter is by no means an attempt to excuse or justify Randall's behavior. He made a conscience decision to walk away from the halfway house and he must face the consequences for his actions. What I would like to explain is the frustration Randall and I both feel.

    Prior to Randall's release from the federal prison in Sheridan, Oregon I received a phone call from a man who identified himself as agent Nagana from the federal probation dept. He informed me that his understanding was that Randall would be paroling to my house, and his job was to determine whether or not it was an appropriate placement.

    I explained to agent Nagana that I was in complete agreement with Randall paroling there and in an effort to increase his chances of successfully meeting the requirements of his parole I would be moving out of San Francisco to Antioch, Ca. located in Contra Costa County. Agent Nagana replied that he needed to ask me a very important question which was: "are you on section 8?" "I am not at this time, but I will be when I move" was my response. Agent Nagana went on to inform that because section 8 is a federally funded program he would not be able to approve Randall's request to move with me to Antioch nor would the Section 8 program, because of his felonies. I said to him that maybe I could give up my Section 8, as an attempt to support my son however necessary. This would be a very big sacrifice for me because I have been on the waiting list for Section 8 for nearly 8 years. His response to that was, if that were to happen he would need to make a home visit, and if I were still living at 4445 Third St. he would not approve that either because of the area.

    I really don't think that agent Nagana or the system understands what that means for a single mother who is only making $34,000.00 a year working for a non-profit agency. It means that if I were to give up my section 8 there would be no way I could afford a decent place in an environment conducive with Mario, David or Randall's chances of a successful or productive life.

    How is it that our choices and opportunities were so easily taken away? How is it that our only option for Randall being paroled home to his family, was to give up the best opportunity we had to live in a safe and comfortable environment? This was the basis for Randall's frustration, as well as mine.

Judge Walker, I have changed my entire life around. I was addicted to crack cocaine for approximately 20 years. During that time I neglected to be a responsible, or even present, parent. I made a decision to turn my life around but I could not have done that without the support of my family. Today I have close to 9 years clean, have graduated from City College of San Francisco as a certified addiction treatment specialist. In addition, I have graduated from New College of California with a BA in Humanities with emphasis on Psychology and will enter the MSW program in the winter semester at Cal State East Bay. Because of my personal and professional experience I think it is best for Randall to be with me. I believe that I can help motivate my son towards change if given the chance.

Another reason Randall needs to be with his family is because he suffers with grand mal seizures, long and short-term memory loss as well as severe headaches as a result of 2 gunshots to his head. I am willing and able to be there for my son and I think that he, as well as others, deserves a chance at a good life.

I have already contacted housing authority and requested to add him to my lease. I hope that they will allow him to live with me when he is released on parole again after he serves this sentence. I honestly don't know what we will do or where Randall will live if he is not allowed to live with me when he gets out of prison. I sincerely believe that I am his only chance to begin living a positive life.

Thank you for taking the time to read this letter.

Sincerely,

*Dina Smith*

Dina Smith