Dear Honorable Judge Walther,

Your Honor, I hope by the end of this letter if nothing else, your gut feeling will assure you that I do have a strong determination to do right by myself.

I write this letter for two reasons; One, to apologize to you & myself for my misconduct that may have affected you, that is affecting me at this very moment. Two, not to disagree with any crime I have been convicted of in the past or to down play my current case but to allow you to visualize me as a person. Not just any person but a human being like everyone else who has had his fair share of bumps in the road. I would have loved to have expressed myself verbally in court but I respect your busy agenda & it is hard to engage in such a discussion with so many other parties present.

Pertaining to the issue at hand; I know what I did was wrong but I was extremely frustrated because I was informed that I was not going to be allowed to live with my mother who's need for one another is desired & is the positive push I need. My mother has become that inspiration I desperately need in my life. On top of that disturbing information the Cornell Pre-Release Program wouldn't allow me to

Work with the Omega Boys Club after I had already started the process there. These things cause me to be distracted & do things I know I had no business doing. However, there isn't a doubt in my mind prior to my previous mishaps, that I wasn't allowed the opportunity to redirect my energy & put in proper perspective what my obligations actually are. I am obligated to proove to you, everyone who has confidence in me & most importantly myself that I can be productive in society. In a positive manner that is. Then, & only then am I entitled to the name of, Trustworthy.

Thank you for hearing me as well as helping me, Your Honor,

Randall Evans