UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

**FILED**

APR 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Date: April 24, 2008

Case No. CR 07-0749 VRW

Case Title: USA v. RANDALL EVANS (CUSTODY) PRESENT

Attorneys:
    For the Government: Tarek Helou

    For the Defendant(s): Susan Raffanti

Deputy Clerk: Cora Klein      Reporter: James Yeomans
    USPO: E Ann Searles

### PROCEEDINGS

1) Judgment and Sentencing

### ORDERED AT THE HEARING

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that Randall Evans, Jr. is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 15 months. The court recommends that the defendant participate in the Bureau of Prisons Residential Drug Abuse Treatment Program. Upon release fom imprisonment, the defendant shall be placed on supervised release for a term of 3 years. Within 72 hours of release from custody, the defendant shall report in person to the probation office in the district to which the defendant is release, shall comply with the standard conditions and additional special conditions that have been adopted by the court , including that the defendant shall engage in vocational training or maintain a full time job, as directed by the probation officer; pay a special assessment of $ 100, which shall be due immediately ; no fine. The court will make recommendation to the Bureau of Prisons that the defendant be placed in federal facility in the Bay Area. The defendant is remanded to custody.

time: 27 min.