**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

RANDALL EVANS, JR.,

        Defendant.

_____/

No. CR07-0749-01  VRW

**SEALING ORDER**
**[General Order 54]**

    The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

    ☒    Presentence Report

    ☐    Plea Agreement

    X    Statement of Reasons
           (Other)

**IT IS SO ORDERED.**

Dated:  April 29, 2008

                    VAUGHN R. WALKER
                    UNITED STATES DISTRICT JUDGE