Law Office of Adam Pennella
Adam Pennella, State Bar No. 246260
717 Washington Street
Oakland, CA 94607
Phone (510) 444-4419
Fax (510) 417-4149

Counsel for Defendant
Randall Evans

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br><br>RANDALL EVANS,<br><br>    Defendant | Case No.: CR 07-749 VRW<br><br><br><br>STIPULATION AND ~~PROPOSED~~ PROTECTIVE ORDER |

The parties hereby stipulate and agree that a protective order is appropriate related to the names and other identifying information of witnesses in this matter. The United States will produce to counsel for defendant the name and criminal history of the alleged victim in this case (identified in Antioch Police Report 11006019). That information will be referred to as the "Protected Information." The Protected Information will be produced subject to the following Order:

1. The following individuals may examine and possess the Protected Information for the sole purpose of preparing the defense in this matter:

    a. Counsel for defendant;

    b. Employees, investigators, experts or other individuals assisting counsel in the defense of this matter at the direction of defense counsel.

2. No other person may have access to the Protected Information.

3. The defendant may not have access to the Protected Information.

4. By signing this Order, counsel for defendant acknowledges its terms and agrees to be bound by them.

5. Employees, investigators, experts or other individuals assisting counsel in the defense of this matter may examine or possess the Protected Information only after they have signed this Order. By signing this Order, they acknowledge its terms and agree to be bound by them.

6. This Protective Order shall continue in force and effect until further order of this Court.

SO STIPULATED:

Dated: August 9, 2011                                  _____/s/_____
                                                       Adam Pennella
                                                       Counsel for Randall Evans

Dated: August 9, 2011
                                                       MELINDA HAAG
                                                       UNITED STATES ATTORNEY


                                                       _____/s/_____
                                                       Tarek J. Helou
                                                       Assistant United States Attorney

SO ORDERED:

Dated: August 18, 2011

IT IS SO ORDERED
Judge Nathanael M. Cousins

STIPULATION AND PROTECTIVE ORDER                                                    2

Additional Signatories to the Protective Order

_____
Name                          Position and relation to defense                          Date

_____
Name                          Position and relation to defense                          Date

_____
Name                          Position and relation to defense                          Date

_____
Name                          Position and relation to defense                          Date

_____
Name                          Position and relation to defense                          Date

_____
Name                          Position and relation to defense                          Date

STIPULATION AND PROTECTIVE ORDER                                                                 3